FILED
IN OPEN COURT
NOV 1 4 2000 _____ 19___
CLERK
U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Robert C. TOUCHSTON, Deborah SHEPPERD and Diana L. TOUCHSTON,<br>    *Plaintiffs,*<br><br>v.<br><br>Michael McDERMOTT, Ann McFALL, Pat NORTHY, Theresa LePORE, Charles E. BURTON, Carol ROBERTS, Jane CARROLL, Suzanne GUNZBURGER, Robert LEE, David LEAHY, Lawrence KING, Jr., and Miriam LEHR, in their official capacities as members of the County Canvassing Boards of Volusia, Palm Beach, Broward and Miami-Dade Counties, respectively; and Katherine HARRIS, in her official capacities as Secretary of the Department of State and as a member of the Elections Canvassing Commission, and Clay ROBERTS and Bob CRAWFORD, in their official capacity as members of the Elections Canvassing Commission,<br>    *Defendants.* | CIVIL ACTION NO. _____<br>6:00CV-1510-ORL-28C<br><br>Pd $150.00 |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the decision of this court entered in the above captioned proceeding on the 10th day of November, 2000, relating to denial of *Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction.*

NOTICE OF APPEAL    1

James Bopp, Jr., *Trial Counsel*
Heidi K. Meyer
James R. Mason, III.
Eric C. Bohnet
Justin David Bristol
J. Aaron Kirkpatrick
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
*Lead Counsel for Plaintiffs*

Respectfully Submitted

Mathew D. Staver
Fla. Bar No. 0701092
Erik W. Stanley
Fla. Bar No. 0183504
Liberty Counsel
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: 407-875-0077
Telecopier: 407-875-0770
*Local Counsel for Plaintiffs*

**NOTICE OF APPEAL**  2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Notice of Appeal was on this date served upon all Defendants named herein by hand delivery to counsel of record for the following named Defendants:

Michael McDermott, Ann McFall and Pat Northy
Volusia County Canvassing Board Members
Department of Elections
136 N. Florida Ave
DeLand, Florida 32720-4208

Theresa LePore, Charles E. Burton and Carol Roberts
Palm Beach County Canvassing Board Members
P.B.C. Governmental Center
301 North Olive Ave, Room #105
West Palm Beach, Florida 33401-4795

Jane Carroll, Suzanne Gunzburger and Robert Lee
Broward County Canvassing Board Members
Broward County Governmental Center
115 S. Andrews Ave, Room #102
Ft. Lauderdale, Florida 33301

David Leahy, Lawrence King, Jr. and Miriam Lehr
Miami-Dade County Canvassing Board Members
Stephen P. Clark Center
111 N.W. 1st Street, 19th Floor
Miami, Florida 33128

Katherine Harris, Clay Roberts and Bob Crawford
Election Canvassing Commission members

    Serve: Katherine Harris, Secretary of State
           Florida Department of State
           PL-02, The Capitol
           Tallahassee, Florida 32399-0250

Date 11/14/00

Mathew D. Staver
*Local Counsel for Plaintiffs*