FILED
IN OPEN COURT

NOV 1 4 2000         19___

CLERK
U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Robert C. TOUCHSTON, *et al.* ) | |
| ) | |
| *Plaintiffs,* ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | 6:00 CV-1510 ORL-28C |
| Michael McDERMOTT, *et al.* ) | |
| ) | |
| *Defendants.* ) | |

## MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Appellate Procedure 8(a), Plaintiffs-Appellants move for the relief prayed for in *Plaintiffs' Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction* pending their appeal of this court's November 14th, 2000, *Order* denying said *Motion.* Plaintiffs have filed their *Notice of Appeal* and are pursuing an expedited appeal to the United States Court of Appeals for the Eleventh Circuit. In support of this motion, Plaintiffs provide an accompanying memorandum.

Wherefore, Plaintiffs pray that the county defendants be enjoined from conducting the manual recount requested by Vice President Gore and/or authorized by the county canvassing boards pursuant to the statute, or, in the alternative, that defendants be enjoined from certifying the results of the election for President which contains the results of any manual recounts.

**MOTION FOR INJUNCTION**
**PENDING APPEAL**                    1



_____
James Bopp, Jr., *Trial Counsel*
Heidi K. Meyer
James R. Mason, III.
Eric C. Bohnet
Justin David Bristol
J. Aaron Kirkpatrick
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
*Lead Counsel for Plaintiffs*

Respectfully Submitted

_____
Mathew D. Staver
Fla. Bar No. 0701092
Liberty Counsel
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: 407-875-0077
Telecopier: 407-875-0770
*Local Counsel for Plaintiffs*

**MOTION FOR INJUNCTION**
**PENDING APPEAL**                 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was on this date served upon counsel of record for the following Defendants named herein by hand delivery:

Michael McDermott, Ann McFall and Pat Northy
Volusia County Canvassing Board Members
Department of Elections
136 N. Florida Ave
DeLand, Florida 32720-4208

Theresa LePore, Charles E. Burton and Carol Roberts
Palm Beach County Canvassing Board Members
P.B.C. Governmental Center
301 North Olive Ave, Room #105
West Palm Beach, Florida 33401-4795

Jane Carroll, Suzanne Gunzburger and Robert Lee
Broward County Canvassing Board Members
Broward County Governmental Center
115 S. Andrews Ave, Room #102
Ft. Lauderdale, Florida 33301

David Leahy, Lawrence King, Jr. and Miriam Lehr
Miami-Dade County Canvassing Board Members
Stephen P. Clark Center
111 N.W. 1st Street, 19th Floor
Miami, Florida 33128

Katherine Harris, Clay Roberts and Bob Crawford
Election Canvassing Commission members

        Serve: Katherine Harris, Secretary of State
               Florida Department of State
               PL-02, The Capitol
               Tallahassee, Florida 32399-0250

Date 11/14/00

Mathew D. Staver
*Local Counsel for Plaintiffs*